FILED ___ ENTERED ___ RECEIVED ___ SERVED ON COUNSEL/PARTIES OF RECORD

APR 2 3 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:12-CR-245-GMN-(VCF) |
| THOMAS MORTON SALISBURY, ) | |
| Defendant. ) | |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on April 22, 2013, defendant THOMAS MORTON SALISBURY pled guilty to Count Three of a Five-Count Criminal Indictment charging him with Sexual Exploitation of a Child in violation of Title 18, United States Code, Section 2251(a). Criminal Indictment, ECF No. 1; Bill of Particulars for Forfeiture of Property, ECF No. 20; Plea Agreement, ECF No. ___; Change of Plea Minutes, ECF No. ___.

This Court finds defendant THOMAS MORTON SALISBURY agreed to the forfeiture of the property set forth in the Forfeiture Allegation of the Criminal Indictment, the Bill of Particulars for Forfeiture of Property, and agreed to in the Plea Agreement. Criminal Indictment, ECF No. 1; Bill of Particulars for Forfeiture of Property, ECF No. 20; Plea Agreement, ECF No. ___; Change of Plea Minutes, ECF No. ___.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment, the Bill of Particulars for Forfeiture of Property, and agreed to in the Plea Agreement

and the offense to which defendant THOMAS MORTON SALISBURY pled guilty. Criminal Indictment, ECF No. 1; Bill of Particulars for Forfeiture of Property, ECF No. 20; Plea Agreement, ECF No. ___; Change of Plea Minutes, ECF No. ___.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3):

1. Samsung cellular telephone Model SCH-R355 (Serial No. A00000295E3ADC); and

2. any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251 and 2252A and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense. ("property").

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of THOMAS MORTON SALISBURY in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael Humphreys
> Assistant United States Attorney
> Daniel Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 23 day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE