```
FILED                          RECEIVED
ENTERED                       SERVED ON
             COUNSEL/PARTIES OF RECORD

        NOV - 7 2013

      CLERK US DISTRICT COURT
BY:      DISTRICT OF NEVADA
                              DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,               )
                                        )
        Plaintiff,                     )
                                        )
    v.                                  )   2:12-CR-245-GMN-(VCF)
                                        )
THOMAS MORTON SALISBURY,                )
                                        )
        Defendant.                    )

## FINAL ORDER OF FORFEITURE

On April 23, 2013, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 2253(a)(1) and (a)(3) based upon the plea of guilty by defendant THOMAS MORTON SALISBURY to the criminal offense, forfeiting specific property alleged in the Criminal Indictment and Bill of Particulars and shown by the United States to have the requisite nexus to the offense to which defendant THOMAS MORTON SALISBURY pled guilty. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 20; Change of Plea Minutes, ECF No. 33; Plea Agreement, ECF No. 34; Preliminary Order of Forfeiture, ECF No. 35.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from April 27, 2013, through May 26, 2013, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 36.

1     This Court finds no petition was filed herein by or on behalf of any person or entity and the

2 time for filing such petitions and claims has expired.

3     This Court finds no petitions are pending with regard to the assets named herein and the

4 time for presenting such petitions has expired.

5     THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

6 title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

7 United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

8 32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and (a)(3); and Title 21, United States

9 Code, Section 853(n)(7) and shall be disposed of according to law:

10         1. Samsung cellular telephone Model SCH-R355 (Serial No. A00000295E3ADC);

11           and

12         2. any book, magazine, periodical, film, videotape, or other matter which contains

13           any such visual depiction, which was produced, transported, mailed, shipped, or

14           received in violation of Title 18, United States Code, Sections 2251 and 2252A

15           and any property, real or personal, used or intended to be used to commit or to

16           promote the commission of such offense (all of which constitutes "property").

17     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited

18 funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as

19 any income derived as a result of the United States of America's management of any property

20 forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of

21 according to law.

22     The Clerk is hereby directed to send copies of this Order to all counsel of record and three

23 certified copies to the United States Attorney's Office.

24     DATED this _____ day of _November_, 2013.

25

26

                                              UNITED STATES DISTRICT JUDGE

2